JOSEPH SMITH, Jr., ET AL., PROSECUTORS, v. CITY OF ABSECON CITY, APPELLEE.

Submitted October term, 1931—Decided December 10, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the rule, *Samuel Levenson.*

*Contra, Joseph B. Perskie* and *Thomas G. Siddall.*

PER CURIAM.

The allowance of a writ of *certiorari* is sought to review two fire ordinances of the city of Absecon.

Ten reasons or grounds are urged why such review should be had.

We find none of these presents such a debatable question as will warrant the exercise of the discretion of this court in allowing the writ.

The writ of *certiorari* is therefore denied and the rule to show cause discharged, with costs.